on defendant's motion to suppress evidence. This testimony was relevant to the second issue defendant had raised on appeal, the issue of unreasonable search and seizure.

Supreme Court Rule 329 (Ill. Rev. Stat. 1973, ch. 110A, § 329) provides that, if the record is insufficient to present fully and fairly the questions involved, the requisite portions may be supplied at the cost of the appellant. We have found it unnecessary to discuss this issue, due to our resolution of the first issue. However, the transcript was necessary to fully present the issue defendant raised. For this reason the motion of the People is allowed.

For reasons stated above, the judgment of the circuit court of McLean County is reversed.

Reversed.

GREEN and TRAPP, JJ., concur.

---

WILLIAM J. KLOCKENKEMPER, d/b/a BATCHTOWN MOTOR COMPANY, Plaintiff-Appellant, *v.* CALHOUN COMMUNITY UNIT SCHOOL DISTRICT *et al.*, Defendants-Appellees.

(No. 12780;

Fourth District—June 19, 1975.

Opinion by Mr. JUSTICE GREEN.

A. W. Schimmel, Sr., of Pittsfield, for appellant.

J. Clark Anderson, of Hardin, for appellees.